UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAVORS,<br>　　　　Plaintiffs,<br>　　v.<br>GENE T. FAVORS,<br>　　　　Defendant. | Case No. 21-cv-02165-PJH<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff, a state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days has passed and plaintiff has not submitted any filing or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

**IT IS SO ORDERED.**

Dated: May 17, 2021

　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge